# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| WESTROCK SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 0:18-cv-00781-MGL |
| v. | ) | |
| | ) | **ORDER** |
| TONYA HUFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the parties Consent Motion to Extend Temporary Restraining Order, and for good cause shown, the Court orders as follows:

1. With the specific consent of Defendant, the current Temporary Restraining Order entered March 23, 2018 [Dkt. 15] shall be extended and shall remain in full force and effect, up to and through April 30, 2018, so that the requisite production and forensic analysis of Defendant's computers and other information can be completed.

2. The currently scheduled hearing on Plaintiff's Motion for Preliminary Injunction shall be postponed. The parties shall confer and, if necessary, agree and propose to the Court a new hearing date or dates once the production and review has occurred.

**SO ORDERED**, this   day of            , 2018.

_____
Honorable Mary Geiger Lewis
UNITED STATES DISTRICT COURT JUDGE