## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | |
|---|---|
| WESTROCK SERVICES, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TONYA HUFFMAN, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 0:18-00781-MGL<br><br>**ORDER** |

Having considered the parties' Second Consent Motion to Extend Temporary Restraining Order and Stay Preliminary Injunction Hearing, ECF No. 37, and for good cause shown, the Court **ORDERS** as follows:

1. With the specific consent of Defendant, the current Temporary Restraining Order entered March 23, 2018, ECF No. 15, shall be extended and shall remain in full force and effect, up to and through May 21, 2018, so that the forensic analysis of Defendant's devices can be completed.

2. The hearing on Plaintiff's Motion for Preliminary Injunction shall continue to be postponed. The parties shall confer and, if necessary, agree and propose to the Court a new hearing date or dates once the forensic review has occurred.

**IT IS SO ORDERED**.

Signed this 25th day of April, 2018, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE